NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MITSUBISHI CHEMICAL CORPORATION** AND
**MITSUBISHI TANABE PHARMA CORPORATION,**
*Plaintiffs-Appellees,*

**and**

**ENCYSIVE PHARMACEUTICALS INC.,**
*Plaintiff-Appellee,*

**and**

**GLAXO GROUP LIMITED, SMITHKLINE
BEECHAM PLC,** AND **SMITHKLINE BEECHAM
CORPORATION** (DOING BUSINESS AS
GLAXOSMITHKLINE),
*Plaintiffs-Appellees,*

v.

**BARR LABORATORIES, INC.** AND **PLIVA-
HRVATSKA D.O.O.,**
*Defendants-Appellants.*

---

2010-1432

---

Appeal from the United States District Court for the Southern District of New York in case no. 07-CV-11614, Judge John G. Koeltl.

## ON MOTION

## O R D E R

Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., Glaxo Group Limited, SmithKline Beecham PLC, Smith-Kline Beecham Corporation, Barr Laboratories, Inc. and Pliva-Hrvatska D.O.O. jointly move for an extension of time, until November 30, 2010, for the appellees to file their opposition briefs, for an extension of time, until December 21, 2010, for the appellants to file their reply brief, and for an extension of time, until January 7, 2011, for the parties to file their joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to modify the briefing schedule is granted.

FOR THE COURT

**NOV   3 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven H. Reisberg, Esq.
Jeffrey M. Drake, Esq.
Christopher R. Noyes, Esq.
David G. Conlin, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**NOV 0 3 2010**

JAN HORBALY
CLERK